GUARDIAN TAXI CORPORATION and Another, Appellants, v. NATHAN HAYMAN and Others, Defendants, Impleaded with ARTHUR N. SEIFF, Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET POWERS and BERTRAM POWERS, Respondents, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.